| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Nicolette Allen** | Social Security number or ITIN  xxx–xx–0827 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Alabama** | |
| Case number:  **12–31105** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

      Nicolette Allen

Dated January 20, 2017

*(signature)*

William R. Sawyer
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

| Official Form 318 | **Order of Discharge** | page 1 |
|---|---|---|

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2

```
                              United States Bankruptcy Court
                               Middle District of Alabama
In re:                                                                                  Case No. 12-31105-WRS
Nicolette Allen                                                                         Chapter 7
         Debtor                           CERTIFICATE OF NOTICE
District/off: 1127-2          User: dewilliam                Page 1 of 2                Date Rcvd: Jan 20, 2017
                              Form ID: 318                   Total Noticed: 60
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2017.
```
db           +Nicolette Allen,    6529 Morning Glory Court,    Montgomery, AL 36117-4460
aty          +Charles N. Parnell, III,    Parnell & Crum, P.A.,    PO Box 2189,    Montgomery, AL 36102-2189
aty          +Richard D. Shinbaum,    Shinbaum & Campbell,   P.O. Box 201,    Montgomery, AL 36101-0201
cr           +Barrington Place Apartments,    c/o Parnell & Crum, P.A.,    P.O. Box 2189,
               Montgomery, AL 36102-2189
2625132      +AES/PHEAA,    PO Box 8147,   Harrisburg PA 17105-8147
2588103      +BARRINGTON PLACE,    P.O. BOX 2189,   Montgomery, AL 36102-2189
2588104       BARRINGTON PLACE,    C/O J. MATTHEW PARNELL,    341 SOUTH LAWRENCE STREET,    Montgomery, AL 36104
2588105      +BRIGHTHOUSE NETWORKS,    3996 US HWY 231,    Wetumpka, AL 36093-1201
2588108     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
             (address filed with court: CREDIT ACCEPTANCE,     25505 W. 12 MILE RD,    Southfield, MI 48034)
2588110      +CREDIT EXPRESS,    3207 ATLANTA HWY,    Montgomery, AL 36109-3435
2588112       DPT ED/ SLM,    PO BOX 7202,    Utica, NY 13504-7202
2588113      +EDFINEDSRA,    123 CENTER PARK DRIVE,    Knoxville, TN 37922-2166
2588099       EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
2588101       EXPERION,    P.O. BOX 9701,   Allen, TX 75013-9701
2588115      +EZ MONEY,    6533 ATLANTA HWY,    Montgomery, AL 36117-4226
3171647       Educational Credit Management Corp.,    PO Box 16408,    St. Paul, MN 55116-0408
2698283       Educational Credit Management Corp.,    Lockbox #8682,    P. O. Box 16478,
               St. Paul, MN 55116-0478
2612983       KHEAA,   P.O. BOX 798,    FRANKFORT, KY 40602-0798
2588119      +KHESLC,    PO BOX 24328,   Louisville, KY 40224-0328
2594243      +Kentucky Higher Education,    Student Loan Corporation,    PO Box 24328,
               Louisville KY 40224-0328
2588121      +MAGNUM FUNDING,    1403 FOULK RD, STE 203,    Wilmington, DE 19803-2788
2588122      +NATIONAL SE FOR MAGUNUM FUNDING,    18820 AURORA AV N #205,    Seattle, WA 98133-3900
2588123      +ONE NATION WIDE WORLD HEADQUARTERS,    ONE NATIONWIDE PLAZE,    Columbus, OH 43215-2226
2588124       PROGRESSIVE INSURANCE,    C/O NCO FINANCIAL,    PO BOX 41466,    Philadelphia, PA 19101
2588125      +RPM FOR SPRINT,    20816 44TH AVE. W. STE 100,    Lynnwood, WA 98036-7744
2588100       TRANSUNION CONSUMER SOLUTIONS,     P.O. BOX 2000,   CHESTER, PA 19022-2000
2588130      +US AGENCY,    6649 ATLANTA HWY,    Montgomery, AL 36117-4236
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QCBWILKINS.COM Jan 20 2017 21:08:00      Carly B Wilkins,    Carly B. Wilkins, P.C,
               560 South McDonough Street,    Suite A,    Montgomery, AL 36104-4605
cr            EDI: ECMC.COM Jan 20 2017 21:08:00      ECMC,   P.O. Box 75906,    Saint Paul, MN   55175
2588102      +Fax: 864-336-7400 Jan 20 2017 21:43:38      ADVANCE AMERICA,    2674 E. BLVD,
               Montgomery, AL 36117-1510
3641128      +E-mail/Text: G2APCBANK@southernco.com Jan 20 2017 21:12:25       ALABAMA POWER COMPANY,
               600 NORTH 18TH STREET, BOX 17N-0043,    BIRMINGHAM, AL 35203-2200
2591668       EDI: PHINAMERI.COM Jan 20 2017 21:08:00      Americredit Financial Services, Inc.,
               PO Box 183853,    Arlington TX 76096
2630668       EDI: AIS.COM Jan 20 2017 21:08:00      American InfoSource LP as agent for,
               InSolve Recovery, LLC,    PO Box 269093,    Oklahoma City, OK    73126-9093
2671384       EDI: RESURGENT.COM Jan 20 2017 21:08:00      Ashley Funding Services, LLC its successors and,
               assigns as assignee of LabCorp,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
2683022      +EDI: ATTWIREBK.COM Jan 20 2017 21:08:00      BellSouth Telecommunications, Inc.,
               % AT&T Services, Inc,    James Grudus, Esq.,    One AT&T Way, Room 3A218,
               Bedminster, NJ 07921-2693
2588107      +E-mail/Text: bankruptcy@cashcentral.com Jan 20 2017 21:12:45       CASH CENTRAL,
               84 EAST 2400 NORTH,    Logan, UT 84341-2902
2588106       E-mail/Text: bankruptcy@cashcall.com Jan 20 2017 21:13:07       CASH CALL,
               1920 MAIN STREET, STE 400,    Irvine, CA 92614
2600483      +E-mail/Text: bncmail@w-legal.com Jan 20 2017 21:12:38       CASHCALL, INC.,
               C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVE., STE. 400,    SEATTLE, WA 98121-3132
2588109      +E-mail/Text: bk@creditcentralllc.com Jan 20 2017 21:12:58       CREDIT CENTRAL,
               1734 EAST MAIN STREET,    Prattville, AL 36066-5582
2588111      +EDI: CREDPROT.COM Jan 20 2017 21:08:00      CREDIT PROTECTION,    13355 NOEL RD, 21ST FLOOR,
               PO BOX 802068,    Dallas, TX 75380-2068
2590731      +E-mail/Text: bk@creditcentralllc.com Jan 20 2017 21:12:58       Credit Central,
               700 E North Street,    Suite 15,    Greenville, SC 29601-3013
2588114      +E-mail/Text: BANKRUPTCY@EMERGI-CASH.COM Jan 20 2017 21:13:11       EMERGI CASH,    4662 US HWY 231,
               Wetumpka, AL 36092-3312
2588116      +EDI: AMINFOFP.COM Jan 20 2017 21:08:00      First Premiere,    3820 N. Louise Ave,
               Sioux Falls, SD 57107-0145
2588117      +EDI: CCS.COM Jan 20 2017 21:08:00      GEICO,   C/O CREDIT COLLECTION SERVICES,
               2 WELLS AVE, DEPT 9136,    Newton Center, MA 02459-3225
2588118       EDI: PHINAMERI.COM Jan 20 2017 21:08:00      GM Financial,    P O Box 181145,
               Arlington, TX 76096-1145
2613955       EDI: JEFFERSONCAP.COM Jan 20 2017 21:08:00      Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-9617
2588120      +EDI: RESURGENT.COM Jan 20 2017 21:08:00      LVNVFUNDG,    PO BOX 10584,
               Greenville, SC 29603-0584
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
2594248          E-mail/Text: ebn@vativrecovery.com Jan 20 2017 21:12:24      Palisades Acquisition XVI, LLC,
                  Vativ Recovery Solutions LLC, dba SMC,   As Agent For Palisades Acquisition XVI,,
                  PO Box 40728,    Houston TX 77240-0728
2603005         +E-mail/Text: csidl@sbcglobal.net Jan 20 2017 21:12:49      Premier Bankcard/Charter,
                  P.O. Box 2208,    Vacaville, CA 95696-8208
2868759          EDI: NAVIENTFKASMGUAR.COM Jan 20 2017 21:08:00      SALLIE MAE GUARANTEE SERVICES,
                  P.O. BOX 9430,    WILKES-BARRE, PA 18773-9430
2588127         +EDI: SECFIN.COM Jan 20 2017 21:08:00      SECURITY FINANCE,   P.O. BOX 3146,
                  Spartanburg, SC 29304-3146
2665056          EDI: SECFIN.COM Jan 20 2017 21:08:00      SFC-Central Bankruptcy,   P.O. Box 1893,
                  Spartanburg, S.C. 29304-1893
2588129          EDI: WFNNB.COM Jan 20 2017 21:08:00      SPRINT,    4400 Ashford Dunwood Road,
                  Atlanta, GA 30346-1518
2732092          EDI: NEXTEL.COM Jan 20 2017 21:08:00      Sprint Nextel Correspondence,   Attn Bankruptcy Dept,
                  PO Box 7949,    Overland Park KS 66207-0949
2588126         +EDI: NAVIENTFKASMSERV.COM Jan 20 2017 21:08:00      Sallie Mae,    PO Box 9500,
                  Wilkes Barre, PA 18773-9500
2705583          EDI: NAVIENTFKASMDOE.COM Jan 20 2017 21:08:00      Sallie Mae Inc. on behalf of,
                  Department of Education,    P.O. Box 740351,    Atlanta, GA. 30374-0351
2604988         +EDI: NAVIENTFKASMSERV.COM Jan 20 2017 21:08:00      Sallie Mae Trust,   c/o Sallie Mae Inc.,
                  220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
2588128         +E-mail/Text: bankruptcy@speedyinc.com Jan 20 2017 21:12:20      Speedy Cash,
                  1501 Eastern Bypass,    Montgomery, AL 36117-1605
2588131          EDI: WABK.COM Jan 20 2017 21:08:00      WORLD Finance CORP,   65 Rumbling Waters Rd.,
                  Wetumpka, AL 36092-3105
2588131          E-mail/PDF: bk@worldacceptance.com Jan 20 2017 21:15:37      WORLD Finance CORP,
                  65 Rumbling Waters Rd.,    Wetumpka, AL 36092-3105
2591780         +EDI: WABK.COM Jan 20 2017 21:08:00      World Finance Corporation,   65 Rumbling Waters Drive,
                  Wetumpka, AL 36092-3105
2591780         +E-mail/PDF: bk@worldacceptance.com Jan 20 2017 21:16:01      World Finance Corporation,
                  65 Rumbling Waters Drive,    Wetumpka, AL 36092-3105
                                                                                               TOTAL: 35

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*              Kentucky Higher Education Student Loan Corp.,   P. O. Box 24328,   Louisville, KY 40224-0328
3174031*         Educational Credit Management Corp.,   P. O. Box 16408,   St. Paul, MN 55116-0408
3171646*         Educational Credit Management Corp.,   Lockbox #8682,   PO Box 16478,   St. Paul, MN 55116-0478
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 20, 2017 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Carly B Wilkins    cwilkins@cbwlegal.com, kesco@cbwlegal.com;cwilkins@ecf.epiqsystems.com
              Charles N. Parnell, III    on behalf of Creditor   Barrington Place Apartments bkrp@parnellcrum.com
              Richard D. Shinbaum    on behalf of Debtor Nicolette  Allen rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
                                                                                              TOTAL: 4
```